An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DONALD MICHAEL CHURCH,
Appellant,
vs.
MINDY STAR CHURCH,
Respondent.

No. 63233

**FILED**

SEP 17 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

The parties' stipulation to dismiss this appeal is approved. This appeal is hereby dismissed, with the parties to bear their own attorney fees and costs. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN .

BY: _____

cc:  Hon. Jennifer Elliott, District Judge, Family Court Division
Robert E. Gaston, Settlement Judge
Mills & Mills
Law Offices of P. Sterling Kerr
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-30769